Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for Super Organics, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN RUSSELL, an individual,<br><br>Plaintiff<br>v.<br>MIT45 INC., a Delaware Corporation; SUPER ORGANICS, LLC d/b/a Super Speciosa, a Florida Limited Liability Company; DOE INDIVIDUALS 1-40; DOE MANUFACTURERS, 1-40; DOE DISTRIBUTORS 1-40;<br><br>Defendants | Case No.: 2:26-cv-02589-CDS-DJA<br><br>**Order Approving STIPULATION TO REMAND TO STATE COURT**<br><br>[ECF No. 6] |

The Parties, through their undersigned counsel of record, hereby stipulate and move this Court to remand this action to state court.

The Parties stipulate that the basis of this remand is that the amount in controversy in this case has proven to be less than $75,000, the required amount in controversy to remove an action in diversity to federal court, inclusive of Plaintiff's claim for damages, attorneys' fees, and costs, and that Plaintiff will not be seeking more than $75,000. As such, remand is appropriate.

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com
reese ring velto PLLC

The Parties further stipulate that both parties shall bear their fees and costs for the removal proceedings.

DATED this 10th day of September 2026.

REESE RING VELTO, PLLC

*/s/ Alex Velto*

Nathan R. Ring (SBN 12078)
Alex Velto (SBN 14961)
REESE RING VELTO, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nathan@rrvlawyers.com
alex@rrvlawyers.com

*Attorneys for M1B, Inc. f/k/a SUNSHINE TRADING COMPANY, INC. d/b/a NOVA KRATOM*

DATED this 10th day of September 2026.

THE702FIRM INJURY ATTORNEYS

*/s/ Michael C. Kane_*

Michael C. Kane, Esq.
Bradley J. Myers, Esq.
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
mckteam@the702firm.com

*Attorneys for Plaintiff*

**Order**

Although the stipulation violates Local Rule IA 6-2, it is approved. The parties are reminded that a stipulation must include an order in the form of a signature block.

Based on the parties' stipulation, the Clerk of Court is kindly instructed to remand Case No. A-26-951817-C to the Eighth Judicial District Court, Clark County, Nevada, Department 11, then close this case.

______________________________
Cristina D. Silva
United States District Court

Dated: September 11, 2026

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102 | RRVlawyers.com
reese ring velto PLLC